# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAMEN HAMEED,<br><br>                              Plaintiff,<br>  vs.<br>MASSIH TAYEBI, et al.,<br><br>                            Defendants. | CASE NO. 07cv680 BTM (RBB)<br><br>**ORDER DENYING JOINT MOTION TO CONSOLIDATE CASES** |

The parties' joint motion to consolidate this action with In re Wireless Facilities, Inc. Derivative Litigation (04cv1663 JAH) is **DENIED**. [See 6/22/07 order of Judge Houston in 04cv1663; Doc. #76.]

**IT IS SO ORDERED.**

DATED: July 2, 2007

                                                            Hon. Barry Ted Moskowitz
                                                            United States District Judge