# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eamen Hameed, Derivatively and on behalf of WIRELESS FACILITIES, INC.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MASSIH TAYEBI, MASOOD TAYEBI, THOMAS MUNRO, SCOTT ANDERSON, BANDELL CARANO, WILLIAM A. HOGLUND, ANDREW M. LEITCH, DAVID LEE, SCOT JARVIS, SCOTT FOX, ERIC DEMARCO, JAMES EDWARDS, DEANNA H. LUND, TERRY ASHWILL, and WM. BRADFORD WELLER<br><br>　　　　Defendants,<br><br>　　-and-<br><br>WIRELESS FACILITIES, INC., a Delaware Corporation,<br><br>　　　　Nominal Defendant | Master File No. 07-CV-0680-BTM (RBB)<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Pursuant to Civil Rule 83.3(g)(2) of the Southern District of California and the executed Substitution of Attorney for Defendant Terry Ashwill in the above-referenced matter, said Substitution is hereby GRANTED.

IT IS SO ORDERED.

Dated: August 29, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　United States District Judge