| | |
|---|---|
| 1 | James C. Krause (SBN 066478) |
|   | Vincent D. Slavens (SBN 217132) |
| 2 | KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP. |
|   | 625 Broadway, Suite 635 |
| 3 | San Diego, CA 92101 |
|   | Tel: 619-232-0331 |
| 4 | Fax: 619-232-4019 |
| 5 | Donald J. Enright |
|   | Elizabeth K. Tripodi |
| 6 | FINKELSTEIN THOMPSON LLP |
|   | 1050 30th Street N.W. |
| 7 | Washington, DC 20007 |
|   | Tel: 202-337-8000 |
| 8 | Fax: 202-337-8090 |
| 9 | Attorneys for Plaintiff Eamen Hameed |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eamen Hameed, Derivatively and on behalf of WIRELESS FACILITIES, INC. | Case No. 3:07-cv-00680-BTM-RBB |
| Plaintiff, | **VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)** |
| vs. | |
| MASSIH TAYEBI, MASOOD TAYEBI, THOMAS MUNRO, SCOTT ANDERSON, BANDELL CARANO, WILLIAM A. HOGLUND, ANDREW M. LEITCH, DAVID LEE, SCOT JARVIS, SCOTT FOX, ERIC DEMARCO, JAMES EDWARDS, DEANNA H. LUND, TERRY ASHWILL, and WM. BRADFORD WELLER | |
| Defendants, | |
| -and- | |
| WIRELESS FACILITIES, INC., a Delaware Corporation, | |
| Nominal Defendant | |

1  NOW COMES Plaintiff Eamen Hameed, by and through his undersigned counsel, to
2  hereby file this notice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure
3  respectfully alerting this Court that he hereby voluntary dismisses the above-captioned action

4

5  Dated: August 18, 2008                                    Respectfully submitted,

6

7                                                            *s/* Vincent D. Slavens, Esq.
                                                             Donald J. Enright, Esq.
8                                                            Elizabeth K. Tripodi, Esq.
                                                             FINKELSTEIN THOMPSON LLP
9                                                            1050 30th Street N.W.
                                                             Washington, DC 20007
10                                                           Tel:  202-337-8000
                                                             Fax: 202-337-8090
11
                                                             Mark Punzalan, Esq.
12                                                           FINKELSTEIN THOMPSON LLP
                                                             100 Bush St., Suite 1450
13                                                           San Francisco, CA 94104
                                                             Tel: 415-398-8700
14                                                           Fax: 415-398-8704

15                                                           James C. Krause, Esq.
                                                             Vincent D. Slavens, Esq.
16                                                           KRAUSE, KALFAYAN, BENINK &
                                                             SLAVENS, LLP.
17                                                           625 Broadway, Suite 635
                                                             San Diego, CA 92101
18                                                           Tel: 619-232-0331
                                                             Fax: 619-232-4019
19
                                                             Attorneys for Plaintiff
20

21

22

23

24

25

26

27
                                              1
28                              Case No. 3:07-cv-00680-BTM-RBB
                                  Notice of Voluntary Dimissal